1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HON. THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY JANE MEUNIER,<br><br>                              Plaintiff,<br><br>vs.<br><br>GROUP HEALTH COOPERATIVE and AETNA LIFE INSURANCE COMPANY,<br><br>                              Defendants. | Case No. 2:13 cv-01046-TSZ<br><br>REPLY BRIEF SUPPORTING PLAINTIFF'S SUMMARY JUDGMENT MOTION AGAINST DEFENDANTS GHC AND AETNA<br><br>NOTE FOR MOTION CALENDAR:<br>Friday, March 21, 2014 |

As an employee of GHC, David Meunier had to actively work 30 continuous days in order to enroll in GHC's life insurance benefit plan.  David enrolled in GHC'S life insurance coverage through Aetna effective January 1, 2009.  Therefore, it reasonably follows that David had actively worked 30 continuous days for GHC between November 9, 2008 (employment hire date) and January 1, 2009 (life insurance enrollment

date) and that he was eligible for life insurance coverage from Aetna.  Otherwise, GHC would not have enrolled David in its life insurance plan and GHC would not have deducted and paid life insurance premiums on David to Aetna.

During her March 6, 2014 Rule 30(b)(6) deposition, Dawn Chiasson testified as the corporate representative of Group Health Cooperative in pertinent part as follows:

| | | | |
|---|---|---|---|
| **0007** | | | |
| 19 | Q. | I understand, Ms. Chiasson, that you are |
| 20 | | appearing today on behalf of Group Health |
| 21 | | Cooperative. |
| 22 | | Is that correct? |
| 23 | | A. Yes, it is. |
| **0009** | | | |
| 1 | Q. | What is your position or job with Group Health |
| 2 | | Cooperative, Ms. Chiasson? |
| 3 | A. | I am a senior benefit analyst at Group Health. |
| 15 | Q. | As senior benefit analyst for Group Health, do |
| 16 | | you deal with life insurance benefits for its |
| 17 | | employees? |
| 18 | A. | Yes, I do. |
| **0010** | | | |
| 12 | Q. | Did you ever work on any matters involving David |
| 13 | | Meunier in your position as senior benefit |
| 14 | | analyst? |
| 15 | A. | Yes, I did. |
| **0014** | | | |
| 11 | Q. | Exhibit 39, does it have on the bottom the Bates |
| 12 | | stamp number of AET, short for Aetna, 000151? |
| 13 | A. | Yes, it does. |
| 14 | Q. | And could you tell us what is this document? |
| 15 | A. | This is a screen print of our Lawson HRIS system |
| 16 | | and specifically our -- the life insurance |
| 17 | | benefit that it appears Mr. Meunier was enrolled |
| 18 | | in. |
| **0018** | | | |
| 10 | Q. | All right.  What does "employee life benefits" |

| | | | |
|---|---|---|---|
| 1 | 11 | | mean?  Can you describe it in particularity, |
| 2 | 12 | | please -- |
| | 15 | A. | Sure.  It involves accidental death and |
| 3 | 16 | | dismemberment -- we have an accident -- a basic |
| 4 | 17 | | accidental death and dismemberment policy; we |
| | 18 | | have a basic life policy; and, in this case, |
| 5 | 19 | | David was -- had -- it looks like he had elected |
| 6 | 20 | | a supplemental life benefit as well.  That is a |
| | 21 | | voluntary benefit.  The two basics employer- |
| 7 | 22 | | covered and employer-paid, the supplemental |
| 8 | 23 | | benefit is employee-paid. |
| | **0019** | | |
| 9 | 7 | Q. | The "basic life" refers to a life insurance |
| 10 | 8 | | benefit provided to employees of Group Health; |
| | 9 | | is that correct? |
| 11 | 10 | A. | That is correct. |
| 12 | 11 | Q. | Does this document, Exhibit 39, show that |
| | 12 | | David A. Meunier was covered for the basic life |
| 13 | 13 | | insurance benefit provided by Group Health to |
| 14 | 14 | | its employees? |
| | 19 | A. | Group Health does not make coverage decisions. |
| 15 | 20 | | We do enrollment -- we handle the enrollment |
| 16 | 21 | | piece, and it does appear that David Meunier was |
| | 22 | | enrolled in the basic life benefit and the |
| 17 | 23 | | supplemental life benefit and the accidental -- |
| 18 | 24 | | the basic accidental death and dismemberment |
| | 25 | | benefit. |
| 19 | **0020** | | |
| 20 | 1 | Q. | "Enrollment" means what with |
| | 2 | | respect to an employee of Group Health |
| 21 | 3 | | Cooperative like David Meunier? |
| 22 | 4 | A. | "Enrollment" means that they were eligible for |
| | 5 | | benefits, that they actually took steps to elect |
| 23 | 6 | | those benefits. |
| 24 | 7 | | So, in this instance, David Meunier was an |
| | 8 | | employee of Group Health and took active steps |
| 25 | 9 | | to enroll in benefits. |
| 26 | 10 | Q. | So, as we sit here today, it is clear that |
| | 11 | | David A. Meunier was enrolled as an employee of |
| 27 | 12 | | Group Health Cooperative in its basic life |
| 28 | 13 | | insurance benefit program, correct? |

| | | | |
|---|---|---|---|
| 1 | 14 | A. | It appears that he did enroll, yes. |
| 2 | 15 | Q. | The premium for the basic life insurance |
| | 16 | | coverage of David Meunier was paid by his |
| 3 | 17 | | employer, Group Health; is that correct? |
| 4 | 18 | A. | For the -- I'm sorry, for the basic life |
| | 19 | | benefit? |
| 5 | 20 | Q. | Yes. |
| 6 | 21 | A. | Yes, it would have been if he was -- if he was |
| | 22 | | enrolled in the coverage, then, yes, that would |
| 7 | 23 | | have been paid for by Group Health. |
| 8 | **0023** | | |
| | 11 | Q. | Do you know what Exhibit 31 is -- Exhibit 21 is, |
| 9 | 12 | | excuse me? |
| 10 | 13 | A. | It's the 30(b)(6) deposition document. |
| | 14 | Q. | And did you review that before you came to |
| 11 | 15 | | testify today? |
| 12 | 16 | A. | I did. |
| | 17 | Q. | Do you see Paragraph 4 on the top of Page 3 of |
| 13 | 18 | | Exhibit 21? |
| 14 | 19 | A. | Which page?  Line 4, is that what you're |
| | 20 | | referring to? |
| 15 | 24 | Q. | I'll read it out loud.  "Was David covered for |
| 16 | 25 | | group life insurance while he was employed by |
| 17 | **0024** | | |
| | 1 | | GHC?" |
| 18 | 2 | | Do you see that? |
| 19 | 3 | A. | I do see that. |
| | 4 | Q. | Are you prepared to testify as the 30(b)(6) |
| 20 | 5 | | designee of Group Health today about that |
| | 6 | | subject matter? |
| 21 | 7 | A. | I am. |
| 22 | 8 | Q. | So I ask you:  Was David covered for group life |
| | 9 | | insurance while he was employed by Group Health |
| 23 | 10 | | Cooperative? |
| 24 | 11 | A. | I believe I answered the question when I told |
| | 12 | | you that I -- I don't make coverage |
| 25 | 13 | | determinations.  I can see enrollment, and it |
| 26 | 14 | | appears that he was enrolled in the benefit.  I |
| | 15 | | don't know if he was covered. |
| 27 | **0026** | | |
| 28 | 1 | Q. | You said David Meunier also enrolled for |

| | | | |
|---|---|---|---|
| 1 | 2 | | supplemental life insurance coverage through |
| 2 | 3 | | Group Health. |
| | 4 | | Was that correct? |
| 3 | 5 | A. | It appears that he was enrolled in that |
| 4 | 6 | | coverage, yes. |
| 5 | 7 | Q. | And Group Health had contracted with Aetna Life |
| | 8 | | Insurance Company to provide that supplemental |
| 6 | 9 | | life insurance benefit to the employees of Group |
| | 10 | | Health, such as David Meunier, right? |
| 7 | 11 | A. | It -- yes, Group Health does contract with -- or |
| 8 | 12 | | did contract with Aetna Life Insurance to |
| | 13 | | provide coverage to eligible employees. |
| 9 | 14 | Q. | Is that also the case with respect to Group |
| 10 | 15 | | Health contracting with Aetna Life Insurance |
| | 16 | | Company to provide the basic life insurance |
| 11 | 17 | | benefit to Group Health's employees? |
| 12 | 18 | A. | Yes, that is correct. |
| | 19 | Q. | And I think I'm hearing you use the past tense. |
| 13 | 20 | | Is Aetna still the life insurance provider for |
| 14 | 21 | | Group Health's employees, or was that only in |
| | 22 | | the past? |
| 15 | 23 | A. | That contract terminated in -- at the end of |
| 16 | 24 | | 2011. |
| | 25 | Q. | So are you aware that David Meunier |
| 17 | **0027** | | |
| 18 | 1 | | unfortunately passed away in 2010? |
| | 2 | A. | Yes, I am. |
| 19 | 3 | Q. | And when he passed away in 2010, at that time |
| 20 | 4 | | period Group Health had a contract with Aetna |
| | 5 | | whereby Aetna provided basic life and |
| 21 | 6 | | supplemental life insurance benefits to the |
| 22 | 7 | | employees of Group Health, correct? |
| | 8 | A. | That is correct. |
| 23 | 9 | Q. | Did Group Health Cooperative pay premiums to |
| 24 | 10 | | Aetna for David Meunier's enrolled basic life |
| | 11 | | insurance coverage? |
| 25 | 12 | A. | I don't have personal knowledge whether they -- |
| 26 | 13 | | we paid for that or not because I don't do the |
| | 14 | | billing for the benefits.  But if he was |
| 27 | 15 | | enrolled in the coverage, then likely, yes, |
| 28 | 16 | | there would have been premiums paid for that |

17          coverage.

18      Q.  Did Group Health Cooperative withhold premiums
19          from David Meunier's pay as an employee of Group
20          Health and pay those premiums to Aetna for
21          David's supplemental life insurance coverage?
22      A.  Again, I don't do the billing for benefits, but
23          I would assume that if he was enrolled and --
24          and -- and active on the plan, then, yes, those
25          premiums would have been paid for that coverage.

**0031**
3       Q.      What is the "Start" date and the "Stop"
4           date for David Meunier's basic life insurance
5           coverage as shown by Exhibit 39?
9       A.  It appears that he was enrolled from January 1st
10          of 2009 to February 28th of 2009.
11      Q.  And premiums were paid based on
12          that enrolled life insurance coverage to Aetna;
13          is that correct?
14      A.  Again, I don't do benefit billing, but, to the
15          best of my knowledge, that would be the case.

**0037**
12      Q.  It's my understanding that your testimony today
13          is that David Meunier was enrolled as an
14          employee of Group Health Cooperative for both
15          the basic life component of the benefit coverage
16          and the supplemental life component of the
17          benefit coverage.
18              Is my understanding correct?
19      A.  It appears that he was enrolled in those
20          benefits, as well as the basic AD&D benefit.

**0038**
11      Q.  And we do know today as we sit here that Group
12          Health did pay premiums to Aetna Life Insurance
13          Company for David Meunier's group life coverage,
14          basic life coverage, and his supplemental
15          individual life coverage, correct?
16      A.  It appears that he was enrolled, and if he was
17          enrolled, then my assumption would be that, yes,
18          premiums would have been paid for that coverage.
19      Q.  To Aetna Life Insurance Company?
20      A.  To Aetna Life Insurance Company.

| | | | |
|---|---|---|---|
| | 0039 | | |
| | 0047 | | |
| | 11 | Q. | When David Meunier underwent surgery on |
| | 12 | | November 26th, 2008, he was enrolled for the |
| | 13 | | basic life insurance benefit and the |
| | 14 | | supplemental life insurance benefit of Group |
| | 15 | | Health. |
| | 16 | | Isn't that what you told me before? |
| | 17 | A. | No.  His enrollment did not start until |
| | 18 | | January 1st of 2009. |
| | 21 | Q. | What is the basis for your assertion that his |
| | 22 | | enrollment did not start until January 1, 2009? |
| | 23 | A. | Because if he was -- if he was enrolled in the |
| | 24 | | benefit, then benefits don't start until the |
| | 25 | | first of the month following one month of |
| | 0048 | | |
| | 1 | | continuous employment. |
| | 0058 | | |
| | 1 | Q. | Does 1.0 FTE mean 100 percent full-time? |
| | 2 | A. | Yes.  It means he worked 40 hours per week. |
| | 3 | Q. | Full-time, right? |
| | 4 | A. | Correct. |
| | 5 | Q. | The next sentence says, "To participate in a |
| | 6 | | benefit plan, new employees must enroll within |
| | 7 | | 30 days of hire into an eligible position." |
| | 8 | | Did I read that correctly? |
| | 9 | A. | Yes. |
| | 10 | Q. | Is it your testimony today that David A. Meunier |
| | 11 | | enrolled into the basic life and supplemental |
| | 12 | | life insurance benefit plans of Group Health |
| | 13 | | Cooperative on January 1, 2009? |
| | 14 | A. | He was -- he appeared to be enrolled in our |
| | 15 | | plans effective January 1 of 2009.  The date |
| | 16 | | that he actively enrolled would have been a |
| | 17 | | different date. |
| | 18 | Q. | Before or after January 1 of '09? |
| | 19 | A. | Before. |
| | 20 | Q. | What? |
| | 21 | A. | Before, within 30 days of his hire. |
| | 22 | Q. | Did David Meunier enroll in the basic life and |
| | 23 | | supplemental life insurance benefit plan of |

|    |      |     |                                                              |
|----|------|-----|--------------------------------------------------------------|
| 24 |      |     | Group Health within 30 days of his hire date of              |
| 25 |      |     | Monday, November 10th, 2008?                                 |
| **0059** |  |     |                                                              |
| 1  | A.   |     | Yes, he did.                                                 |
| 2  | Q.   |     | What is the basis for that statement?                        |
| 3  | A.   |     | Um, he wouldn't have been enrolled if he didn't              |
| 4  |      |     | actively do something to effectively enroll in               |
| 5  |      |     | coverage.  He had to take an action.                         |
| **0077** |  |     |                                                              |
| 21 | Q.   |     |     As you sit here today, do you deny the fact              |
| 22 |      |     | that David Meunier had a laptop computer of                  |
| 23 |      |     | Group Health Cooperative until his wife, now his             |
| 24 |      |     | widow, physically gave it back to Pat Anunsen at             |
| 25 |      |     | the demand of Pat Anunsen on January 16th of                 |
| **0078** |  |     |                                                              |
| 1  |      |     | '09?                                                         |
| 2  | A.   |     | I cannot confirm or deny that.                               |
| 3  | Q.   |     | Likewise, you cannot confirm or deny whether                 |
| 4  |      |     | David A. Meunier used his Group Health                       |
| 5  |      |     | Cooperative laptop computer between November 21,             |
| 6  |      |     | 2008, and January 16, 2009, when the laptop                  |
| 7  |      |     | computer was returned to Mr. Anunsen, is that                |
| 8  |      |     | not correct?                                                 |
| 9  | A.   |     | I would not be able to confirm or deny that.                 |
| 10 | Q.   |     | Can you confirm or deny the fact that David                  |
| 11 |      |     | Meunier and Patrick Anunsen had agreed, as                   |
| 12 |      |     | employee and boss, that David Meunier could take             |
| 13 |      |     | Thanksgiving weekend off in order to spend it                |
| 14 |      |     | with his family and to celebrate his daughter's              |
| 15 |      |     | birthday that happens to fall within a day or                |
| 16 |      |     | two of the holiday?  Can you deny that fact?                 |
| 17 | A.   |     | I cannot confirm or deny that.                               |
| 18 | Q.   |     | Do you ever take some time off from work from                |
| 19 |      |     | your benefit analyst position at Group Health to             |
| 20 |      |     | spend Thanksgiving weekend with your family?                 |
| 21 | A.   |     | Yes.                                                         |
| 22 | Q.   |     | And when you spend Thanksgiving weekend from                 |
| 23 |      |     | time to time with your family, you are still                 |
| 24 |      |     | considered an active full-time employee of Group             |
| 25 |      |     | Health, entitled to your life insurance benefit             |

**0079**
1                   coverage, right?
2          A.       As long as I'm actively employed, yes.
3          Q.       But you don't know whether David Meunier, after
4                   his surgery on November 26, 2009, worked for
5                   Group Health using his laptop, do you?
6          A.       I do not -- I cannot confirm or deny the dates
7                   that he would have used that laptop.
16
19
24         Q.       You do not know whether David
25                  Meunier, after he got out of the hospital,
**0080**
1                   continued to work for Group Health using his
2                   laptop computer, do you?
3          A.       I don't.  His -- his boss asked him not to, or
4                   at least said, "Your access has been turned
5                   off," but, no, I cannot confirm or deny he had
6                   done any work at that point.
7          Q.       You do a lot of work as a senior benefit analyst
8                   for Group Health where you're not necessarily
9                   using your access to the computer system 24/7,
10                  right?
11         A.       Sure.
12         Q.       There's times when you actively work full-time
13                  for Group Health when you're not using computer
14                  access whatsoever?
15         A.       Sure, if I'm in a meeting or attending functions
16                  or what have you.
17         Q.       Phone calls, right?
18         A.       Sure.
25         Q.       And, in fact, Group Health made payroll
**0085**
1                   deductions from David Meunier's earnings to pay
2                   life insurance benefit premiums for his life
3                   insurance benefit expenses to Aetna; is that
4                   correct?
8          A.       It's my understanding that deductions were taken
9                   for the period of time that he was on short-term
10                  disability, which would have been from
11                  January 1st of 2009 through February 28th of

| | | | |
|---|---|---|---|
| 1 | 12 | | 2009.  Deductions are taken in the month in |
| 2 | 13 | | which you are enrolled in the benefit. |
| | 14 | Q. | And that time period that you just told us |
| 3 | 15 | | exceeded 30 continuous days, correct? |
| 4 | 16 | A. | From January 1st through February 28th of 2009 |
| | 17 | | is more than 30 days, correct. |
| 5 | **0086** | | |
| 6 | 11 | Q. | That statement does not indicate that David |
| | 12 | | Meunier's Group Health Cooperative laptop |
| 7 | 13 | | computer was not working, correct? |
| 8 | 14 | A. | That's correct. |
| | **0087** | | |
| 9 | 12 | Q. | You do not know whether David Meunier's log-on |
| 10 | 13 | | was subsequently reactivated or not, correct? |
| 11 | 16 | A. | I have not seen any documentation to state that |
| | 17 | | it had been reinstated. |
| 12 | 18 | Q. | You do not know one way or the |
| | 19 | | other? |
| 13 | 20 | A. | That's correct. |
| 14 | **0098** | | |
| 15 | 7 | Q. | Ms. Chiasson, if we |
| | 8 | | could look at Exhibit 27, please. |
| 16 | 9 | A. | Sure.  [The witness complies.]  Okay. |
| | 10 | Q. | Could you identify that for us, please? |
| 17 | 11 | A. | It is a Group Health Earnings Statement for |
| 18 | 12 | | David Meunier. |
| | 13 | Q. | And this is for the pay period of December 21, |
| 19 | 14 | | '08, through January 5 of 2009; is that correct? |
| 20 | 15 | A. | Correct. |
| | 16 | Q. | All right.  Now, does this show that David |
| 21 | 17 | | Meunier has life insurance benefit coverage |
| 22 | 18 | | through Group Health? |
| | 23 | A. | It shows that he was -- he had a deduction taken |
| 23 | 24 | | for a base life insurance benefit for this pay |
| 24 | 25 | | period. |
| | **0099** | | |
| 25 | 16 | Q. | The next one is "GTL," and someone has written |
| 26 | 17 | | in handwriting, I don't know who, "Group Term |
| | 18 | | Life?" |
| 27 | 19 | A. | Right.  It stands -- |
| 28 | 20 | Q. | Is "GTL" an abbreviation for group term life? |

|    |      |    |                                                      |
|----|------|----|------------------------------------------------------|
| 1  | 21   | A. | It is, and this would be in recognition that         |
| 2  | 22   |    | there is imputed income value for a life             |
|    | 23   |    | benefit.                                             |
| 3  | 24   | Q. | All right.  So this confirms that David Meunier      |
| 4  | 25   |    | was enrolled with Group Health for its base life     |
|    | **0100** |  |                                                    |
| 5  | 1    |    | insurance benefit?                                   |
| 6  | 2    | A. | It confirms that he had a deduction taken -- or,     |
|    | 3    |    | sorry, an employer contribution for a base life      |
| 7  | 4    |    | benefit.                                             |
| 8  | 5    | Q. | And the base life benefit for which the              |
|    | 6    |    | employer, Group Health, contributed was a group      |
| 9  | 7    |    | life insurance benefit --                            |
| 10 | 8    | A. | That is correct.                                     |
|    | 9    | Q. | -- as opposed to an individual life insurance        |
| 11 | 10   |    | benefit?                                             |
| 12 | 11   | A. | That is correct.                                     |
|    | **0101** |  |                                                    |
| 13 | 7    | Q. | Because David Meunier was enrolled for life          |
|    | 8    |    | insurance benefits, right?                           |
| 14 | 9    | A. | We had enrollment for David Meunier, and we          |
| 15 | 10   |    | looked at those records, yes.                        |

(Emphasis added.)

Since the Aetna life insurance policy does not define what "active and continuous" employment is, Aetna is bound by GHC's January 1, 2009 life insurance plan enrollment determination on David.  GHC's conduct is an admission that binds Aetna. Aetna accepted the life insurance premiums paid on David and Aetna has not refunded them.

The U.S. Department of Labor recognizes that life insurance is not considered "medical care," nor are disability benefits; COBRA does not cover plans that provide only life insurance or disability benefits.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. Department of Labor Employee
Benefits Security Administration (EBSA),
An Employee's Guide to Health Benefits
Under COBRA: *The Consolidated Omnibus
Budget Reconciliation Act of 1985* (Nov. 2012),
www.dol.gov/ebsa/publications/cobraemployee.html.

This booklet explains your rights under COBRA to a
temporary extension of employer-provided group health
coverage, called COBRA continuation package.

David and Mary Jane Meunier reasonably understood the COBRA election notice

sent by Benefit Concepts, Inc., GHC's COBRA vendor, to deal with health insurance

conversion, not life insurance conversion.  GHC and Aetna breached their fiduciary duty

to properly assist the Meuniers in converting David's group life insurance coverage to

individual life insurance coverage.

Respectfully submitted this 21st day of March, 2014.


*/s/Jeffrey P. Clark*                              */s/ Joseph L. Koplin*
Jeffrey P. Clark                                Joseph L. Koplin, 7683
WI State Bar ID No. 1009316                      MOSCHETTO KOPLIN, INC., P.S.
REINHART BOERNER VAN                          1800 112th Avenue NE, Suite 300#
DEUREN s.c.                                     Bellevue, WA 98004-2954
1000 North Water Street, Suite 1700              (425) 641-6000
Milwaukee, WI 53202                             (425) 641-1745 (facsimile)
(414) 298-8131                                 E-mail:  joe@moschettokoplin.com
(414) 298-8097 (facsimile)                       Attorney for Plaintiff Mary Jane Meunier
E-mail:  jclark@reinhartlaw.com
Attorney for Plaintiff Mary Jane
Meunier